IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PRECISIONIR, INC.**, formerly known as WILink, Inc., a Virginia Corporation, Plaintiff, | : : : : | **CIVIL ACTION** |
| v. | : : | **NO. 07-3471** |
| **MICHAEL SLAWTER**, an individual, and **TALKPOINT HOLDINGS, L.L.C.**, d/b/a TalkPoint Communications, a New York Limited Liability Company, Defendants. | : : : : : : | |

# ORDER

**AND NOW**, this 18th day of February, 2010, upon consideration of the Motion of Defendants Michael Slawter and Talkpoint Holdings, L.L.C., d/b/a Talkpoint Communications for Relief from Judgment Pursuant to Rule 60(b) (Document No. 82, filed December 21, 2009), the Opposition of Plaintiff PrecisionIR, Inc. to "Motion of Defendants Michael Slawter and Talkpoint Holdings, L.L.C., d/b/a Talkpoint Communications for Relief from Judgment Pursuant to Rule 60(b)" (Document No. 83, filed January 14, 2010), the Supplement to Exhibit "C" of Plaintiff PrecsionIR Inc. to Its Opposition to "Motion of Defendants Michael Slawter and Talkpoint Holdings, L.L.C., d/b/a Talkpoint Communications for Relief from Judgment Pursuant to Rule 60(b)" (Document No. 84, filed January 26, 2010), and the Reply in Opposition to Plaintiff's Response to Defendants' Motion for Relief from Judgment Pursuant to Rule 60(b) (Document No. 85, filed January 28, 2010), for the reasons set forth in the Memorandum dated February 18, 2010, **IT IS ORDERED** that defendants' Motion for Relief Pursuant to Rule 60(b) is **DENIED**.

**IT IS FURTHER ORDERED** that a scheduling conference will be conducted in due course.

BY THE COURT:

  /s Jan E. DuBois  

JAN E. DUBOIS, J.